AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

RICHARD MARTIN,

      Plaintiff,           JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:11-CV-00402-LRH-VPC**

GREG SMITH, et al.,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the amended complaint (#7) is **DISMISSED WITH PREJUDICE.** The Court finds that any appeal of this decision would be taken in bad faith.

  August 9, 2011                        **LANCE S. WILSON**
                                                                Clerk

                                                         /s/ D. R. Morgan
                                                          Deputy Clerk